B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AVT, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA AVT Vending, Inc.; AW Utique, Inc.; FDBA AC Mexican Food, Inc. dba Jalapenos Mexican Food** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-3828743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**341 Bonnie Circle**<br>**Suite 102**<br>**Corona, CA**<br>ZIP Code **92880** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AVT, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AVT, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Marc C. Forsythe**
Signature of Attorney for Debtor(s)

**Marc C. Forsythe 153854**
Printed Name of Attorney for Debtor(s)

**GOE & FORSYTHE, LLP**
Firm Name

**18101 Von Karman Avenue**
**Suite 510**
**Irvine, CA 92612-7127**

Address

**(949) 798-2460  Fax: (949) 955-9437**
Telephone Number

**May  1, 2015                    153854**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Wayne Silvino**
Signature of Authorized Individual

**Wayne Silvino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  1, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to
Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this
Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re  AVT, Inc.                                    ,          )      Case No.  _____

                    Debtor                               )

                                                              )

                                                              )      Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

    1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the
SEC file number is  _____ .

    2. The following financial data is the latest available information and refers to the debtor's condition on
_May 3, 2015_____ .

    a. Total assets                                                     $  to be provided_____

    b. Total debts (including debts listed in 2.c., below)          $  _____

    c. Debt securities held by more than 500 holders:                       Approximate
number of
holders:

secured  ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured  ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured  ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured  ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured  ☐   unsecured ☐   subordinated ☐   $ _____   _____

    d. Number of shares of preferred stock          _____   _____

    e. Number of shares common stock               _____   _____

     Comments, if any:

    3. Brief description of debtor's business:

    4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or
more of the voting securities of debtor:  _____

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Marc C. Forsythe, SBN 153854**<br>**GOE & FORSYTHE, LLP**<br>**18101 Von Karman Avenue, Suite 510**<br>**Irvine, CA 92612-7127**<br>**(949) 798-2460**<br>**Fax: (949) 955-9437**<br><br>☐ *Attorney for: Debtor and Debtor in Possession* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    AVT, Inc.<br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, ~~statement of affairs, schedules~~ or lists           Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____

☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       4-3-15
Signature of Authorized Signatory of Filing Party        Date

**Wayne Silvino**
_____
*Printed Name of Authorized Signatory of Filing Party*

**President**
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the places that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       4-3-15
Signature of Attorney for Filing Party        Date

**Marc C. Forsythe 153854**
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **AVT, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ally 25681 Payment Processing Center PO Box 9001948 Louisville, KY 40290-1948 | Ally 25681 Payment Processing Center PO Box 9001948 Louisville, KY 40290-1948 | Car Loan | | 37,775.27 |
| Arthur Rice 301 Tall Ship Lane Hampstead, NC 28443 | Arthur Rice 301 Tall Ship Lane Hampstead, NC 28443 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 50,000.00 |
| Avnet Embedded PO BOX 100340 Pasadena, CA 91189 | Avnet Embedded PO BOX 100340 Pasadena, CA 91189 | Trade debt | | 25,720.00 |
| Beatrice Hart 524 Spring Branch Lane Knoxville, TN 37934 | Beatrice Hart 524 Spring Branch Lane Knoxville, TN 37934 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 60,000.00 |
| Cheryl And Max Perry 301 E. Horton Rd. Bellingham, WA 98226 | Cheryl And Max Perry 301 E. Horton Rd. Bellingham, WA 98226 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 50,000.00 |
| Fernando Negro 1350 E. Flamingo Rd #818 Las Vegas, NV 89119 | Fernando Negro 1350 E. Flamingo Rd #818 Las Vegas, NV 89119 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 50,000.00 |
| Fick Family 7131 Stonewood Drive Huntington Beach, CA 92647 | Fick Family 7131 Stonewood Drive Huntington Beach, CA 92647 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 30,000.00 |
| Firerock Global Capital 1040 1st Avenue Suite 190 New York, NY | Firerock Global Capital 1040 1st Avenue Suite 190 New York, NY | Unsecured Promissory Note | Contingent Unliquidated Disputed | 215,054.00 |
| Franz Elizondo Schmelkes 1822 Pacific Beach Dr. San Diego, CA 92109 | Franz Elizondo Schmelkes 1822 Pacific Beach Dr. San Diego, CA 92109 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 50,000.00 |
| Frescos Mexican Grill Attn: Francisco Izawa 24872 Vista Magnifica Laguna Niguel, CA 92677 | Frescos Mexican Grill Attn: Francisco Izawa 24872 Vista Magnifica Laguna Niguel, CA 92677 | Judgment Creditor | Contingent Unliquidated Disputed | 2,930,000.00 |
| Gene Benge 6955 No. Hwy 27 Science Hill, KY 42553 | Gene Benge 6955 No. Hwy 27 Science Hill, KY 42553 | Unsecured Promissory Note | Contingent Unliquidated Disputed | 100,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **AVT, Inc.**                                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jake Hunsaker<br>1391 Sawyer Ave<br>Simi Valley, CA 93065 | Jake Hunsaker<br>1391 Sawyer Ave<br>Simi Valley, CA 93065 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 75,000.00 |
| Joan Mazon<br>26815 W. Cold Springs St.<br>Agoura Hills, CA 91301 | Joan Mazon<br>26815 W. Cold Springs St.<br>Agoura Hills, CA 91301 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 44,000.00 |
| JOFEMAR USA, INC.<br>2200 NW 102nd Ave. Ste 3<br>Miami, FL 33172-2225 | JOFEMAR USA, INC.<br>2200 NW 102nd Ave. Ste 3<br>Miami, FL 33172-2225 | Trade debt | | 163,902.30 |
| Max E. Perry<br>301 East Horton Road<br>Bellingham, WA 98226 | Max E. Perry<br>301 East Horton Road<br>Bellingham, WA 98226 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 30,000.00 |
| McManus Family Trust<br>500 Crown Road<br>Merlin, OR 97532 | McManus Family Trust<br>500 Crown Road<br>Merlin, OR 97532 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 30,000.00 |
| Navitas Lease Corp<br>111 Executive Center Drive<br>Suite 102<br>Columbia, SC 29210 | Navitas Lease Corp<br>111 Executive Center Drive<br>Suite 102<br>Columbia, SC 29210 | X15 Machines<br>(EQUIPMENT<br>LEASE) | | 54,359.84<br><br>(0.00 secured) |
| Paul Ramsdell<br>3 Pitcairn Way<br>Ipswich, MA 01938 | Paul Ramsdell<br>3 Pitcairn Way<br>Ipswich, MA 01938 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 100,000.00 |
| Sheldon Schiffman<br>465 Draper Valley Rd.<br>Selma, OR 97538 | Sheldon Schiffman<br>465 Draper Valley Rd.<br>Selma, OR 97538 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 30,000.00 |
| Worth, Inc.<br>2320 Whiteoak Lane<br>Corona, CA 92882 | Worth, Inc.<br>2320 Whiteoak Lane<br>Corona, CA 92882 | Unsecured<br>Promissory Note | Contingent<br>Unliquidated<br>Disputed | 250,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May  1, 2015**                              Signature    **/s/ Wayne Silvino**
                                                                  **Wayne Silvino**
                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Marc C. Forsythe**<br>**18101 Von Karman Avenue**<br>**Suite 510**<br>**Irvine, CA 92612-7127**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **153854**<br><br><br><br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor(s):* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>        **AVT, Inc.**<br><br><br><br><br><br>                                Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __36__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 1, 2015** _____

**/s/ Wayne Silvino** _____
Debtor's signature

Date: **May 1, 2015** _____

_____
Joint Debtor's signature (if applicable)

Date: **May 1, 2015** _____

**/s/ Marc C. Forsythe** _____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

AVT, Inc.
341 Bonnie Circle
Suite 102
Corona, CA 92880


Marc C. Forsythe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612-7127


AAA Pallet Recycling
4785 Brookhollow Circle
Riverside, CA 92509


Accentuate Grafico
15326 Cornet Avenue
Santa Fe Springs, CA 90670


Acrylic Designs, Inc
1221 N. Barsten Way
Anaheim, CA 92806


Action Stock Transfer Corp
2469 E. Fort Union Blvd Suite 214
Salt Lake City, UT 84121


Aerocut Industries LLC
2214 Lee Avenue Suite A
South El Monte, CA 91733


Aflac
ATTN: RPS 1932 Wynnton Road
Columbus, GA 31993-8601

Airgas West
PO Box 7423
Pasadena, CA 91109-7423


Al Sanderson-V
10580 Canyon Lake Dr.
San Diego, CA 92131


Alejandro L. Soriano
250 Whiteoak Lane
Madisonville, KY 42431


All Star Glass
1845 Morena Blvd
San Diego, CA 92110


Allan Corn
1 Edgewood Circle
Orangeburg, NY 10962


Allen Hower
8611 Richard Rd
Denver, CO 80229


Ally
P.O Box 380902
Minneapolis, MN 55438-0902


Ally 04027
PO Box 9001948
Louisville, KY 40290-1948

Ally 25681
Payment Processing Center
PO Box 9001948
Louisville, KY 40290-1948


Ally 34355
PO BOX 78234
Phoenix, AZ 85062-8234


Ally 57001
PO Box 9001948
Louisville, KY 40290-1948


Ally 74775
PO Box 9001948
Louisville, KY 40290-1948


Ally 89001
PO Box 9001948
Louisville, KY 40290-1948


Amazon
440 Terry Avenue
Seattle, WA 98109


American Express 81001
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


AMP Display, Inc.
9856 Sixth Street
Rancho Cucamonga, CA 91730

Ankit, LLC
2263 NW Boca Raton Blvd, Suite 104
Boca Raton, FL 33431


AREA51-ESG, Inc.
51 Post
Irvine, CA 92618


Arthur Rice
301 Tall Ship Lane
Hampstead, NC 28443


AT&T 130785429
PO Box 5025
Carol Stream, IL 60197-5025


AT&T 171-7939980 258
PO Box 5019
Carol Stream, IL 60197-5019


AT&T 287247332929
PO BOX 6463
Carol Stream, IL 60197-6463


AT&T 831-000-2258 326
PO Box 5019
Carol Stream, IL 60197-5019


AT&T 831-000-2497 120
PO Box 5019
Carol Stream, IL 60197-5019

AT&T 9517377168 874 5
P.O. Box 5025
Carol Stream, IL 60197-5025


AT&T 95173796179035
PO Box 5025
Carol Stream, IL 60197-5025


Avnet Embedded
PO BOX 100340
Pasadena, CA 91189


Barcode Re-Sourcing, Inc
1308 Meador Ave, Suite C6
Bellingham, WA 98229


Bargain Wholesale
4000 E. Union Pacific Ave
Los Angeles, CA 90023


Beatrice Hart
524 Spring Branch Lane
Knoxville, TN 37934


Bella Kitchen
602 East Vermont Ave
Anaheim, CA 92805


Best Buy Acct 9296
P.O. Box 731247
Dallas, TX 75373-1247

Blue Moon Marketing Group
1587 E. Bentley Dr Unit 101
Corona, CA 92879

Brown & Charbonneau
420 Exchange
Suite 270
Irvine, CA 92602

BTL
1168 Sherborn St
Corona, CA 92882

Cadillac Plating, Inc.
1147 W. Struck Ave
Orange, CA 92867

Cameron Welding Supplies
P.O Box 266
Stanton, CA 90680

Caro McDowell Revocable Trust
9010 E. Range Rider Trail
Mesa, AZ 85207

Carole Thornton
8380 Ken-Love Ct.
Brighton, MI 48116

Carolyn & Melvin Phillips Family Tr
23035 Wrencrest Dr.
Calabasas, CA 91302

Ceronix, Inc
13350 New Airport Rd
Auburn, CA 95602


Chaffey College Auxiliary Services
5885 Haven Ave
Rancho Cucamonga, CA 91737


Chamber Directory
P.O. Box 623
Ellendale, TN 38029


Charles Rittenhouse
2088 Bigby Hollow St.
Columbus, OH 43228


Cheryl And Max Perry
301 E. Horton Rd.
Bellingham, WA 98226


Christopher Rod
9014 E. Calle Bogota
Tucson, AZ 85715


Class A Precision
341 Bonnie Circle Suite 101B
Corona, CA 92880


Classic Performance Parts
378 E. Orangethorpe
Placentia, CA 92870

Coast General Performance
2855 Harbor Blvd
Costa Mesa, CA 92626


Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257


Compuvend
3322 Hessmer Avenue Suite 201
Metairie, LA 70002


Controlled Motion Solutions
911 N. Poinsettia St
Santa Ana, CA 92701


Cooper Microelectronics, Inc.
1671 Reynolds Avenue
Irvine, CA 92614


County of Orange Auditor & Ctlr
PO Box 567
Santa Ana, CA 92701


County of Orange Tax Collector
PO Box 567
Santa Ana, CA 92701


Court-Ordered Debt Collections
Franchise Tax Board
PO Box 1328
Rancho Cordova, CA 95741-1328

Cradlepoint, Inc.
1111 W. Jefferson Street
Suite 400
Boise, ID 83702-5389


Crane International 07905
P.O. Box 535046
Atlanta, GA 30353-5046


Crane Merchandising
P.O. Box 535037
Atlanta, GA 30353-5037


Cytosport, Inc.
P.O Box 848240
Los Angeles, CA 90084-8240


DALB, Inc
73 Industrial Blvd
Kearneysville, WV 25430


Danco Anodizing, Inc
PO Box 660727
Arcadia, CA 91066-0727


Darrell Kaml
PO Box 45
Salida, CA 95368


Darrell Mockus
PO Box 411324
San Francisco, CA 94141-1324

David Busby
2235 Ruddy Duck Ct
Cardiff by the Sea, CA 92007


David Evans
21903 Oatman Rd.
Eckert, CO 81412


David Stillwell
16 Birkshire Dr.
Clifton Park, NY 12065


De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602


Debbie Butler
11865 Algardi St
Norwalk, CA 90650


Dennis Lorch
3527 Cedar Ct
Washougal, WA 98671


Department of Rehabilitation
Accounting Service Section
P.O. Box 944222
Sacramento, CA 94244-2220


DHL Express
16592 Collections Center Drive
Chicago, IL 60693

Direct Comminication Solutions.Inc
4171 W. Hillsboro Blvd Suite 3
Pompano Beach, FL 33073


Discount Thermal Labels
1189 Montauk Highway
Patchogue, NY 11772


DMV
P.O. Box 825339
Sacramento, CA 94232-5339


DNS Services,Inc
6400 NE Hwy 99, Suite G-291
Vancouver, WA 98665


Donald Hotter
PO Box 1108
Colstrip, MT 59323


Donald Kimmel
17 Keystone Dr.
Ladera Ranch, CA 92694


Douglas Kruegar-V
605 Sorghum Hollow Rd
Dayton, WA 99328


Downs Energy
1296 Magnolia Ave
Corona, CA 92879-2098

East West Bank
P.O Box 60021
City of Industry, CA 91716-0021


East West-Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


Ebay
2145 Hamilton Avenue
San Jose, CA 95125


Elo Touch Solutions
26393 Network Place
Chicago, IL 60673-1263


Encore Propane
PO Box 23156
Santa Ana, CA 92711


Endicia Service
385 Sherman Avenue
Palo Alto, CA 94306-1864


Enttec Americas
809 Fanning Way
Durham, NC 27704


Epic Freight
15901 Hawthorne Blvd Suite 490
Lawndale, CA 90260

ETC Custodian FBO Tim J Morgenroth
PO Box 1409
Elyria, OH 44036


Eugene Gulko
2030 Clarmar Wy.
Unit 6
San Jose, CA 95128


Expedia
333 108th Avenue NE
Bellevue, WA 98004


Fastrak
125 Pacifica, Ste 120
Irvine, CA 92618


Fedex
PO Box 94515
Palatine, IL 60094-4515


Fernando Negro
1350 E. Flamingo Rd #818
Las Vegas, NV 89119


Fick Family
7131 Stonewood Drive
Huntington Beach, CA 92647


Firerock Global Capital
1040 1st Avenue
Suite 190
New York, NY

Firestone 537668
27 Christmas St, PO Box 610325
Newton Highlands, MA 02461


First Cable Line, Inc.
11892 Goldring Rd
Arcadia, CA 91006


Foremost Insurance Group
PO BOX 4665
Carol Stream, IL 60197-4665


Franz Elizondo Schmelkes
1822 Pacific Beach Dr.
San Diego, CA 92109


Freeway Isuzu Trucks & Vans, Inc.
1655 W. 6th St. #111
Corona, CA 92882


Frescos Mexican Grill
Attn: Francisco Izawa
24872 Vista Magnifica
Laguna Niguel, CA 92677


FRS Environmental
1414 E. Sixth Street
Corona, CA 92879


Fusion Logistics (WW Express)
NW 6355 PO Box 1450
Minneapolis, MN 55485

Gary Shaner
3101 Norman Dr.
Sioux City, IA 51104


GE Capital
PO Box 31001-0271
Pasadena, CA 91110-0271


Gene Benge
6955 No. Hwy 27
Science Hill, KY 42553


General Bank Supply, Inc
P.O. Box 867
Troy, MI 48099-0867


General Nutrition Corp
88047 Expedite Way
Chicago, IL 60695-0001


Geraldine Hilt
109 Windsor Way
Vallejo, CA 94591


Gerhard M. Martus
19512 Pompano LN Unit 104
Huntington Beach, CA 92648


Grainger
4700 Hamner Ave
Mira Loma, CA 91752

Guy Molinari
5 Skyline Dr. Upper
Saddle River, NJ 07458


Hamner Towing
P.O.Box 489
Corona, CA 92878-0489


Harris Family Association
520 S. Sepulveda Blvd. Suite 204
Los Angeles, CA 90049


Home Depot
Dept 32-2137973370
Po Box 183175
Columbus, OH 43218-3175


Impact Display Solutions
6010 Cornerstone Court West
Suite 200
San Diego, CA 92121


Ingram Micro
PO Box 70087
Los Angeles, CA 90074-0087


Interface Systems (Greater Alarm)
8339 Solutions Center
Chicago, IL 60677-8003


IRA Resources FBO Stanley T McNiel
6825 La Jolla Blvd.
La Jolla, CA 92037

Ivy's Vending Repair
5326 Paseo Serra
Yorba Linda, CA 92887


Jake Hunsaker
1391 Sawyer Ave
Simi Valley, CA 93065


Jammin Java Corp
4730 Tejon St
Denver, CO 80211


Jason Mulligan
8210 E. Blackwillow Cir. #100
Anaheim, CA 92808


JC Coating Solutions
2980 E. Blue Star Street
Anaheim, CA 92806


Joan Mazon
26815 W. Cold Springs St.
Agoura Hills, CA 91301


JOFEMAR USA, INC.
2200 NW 102nd Ave. Ste 3
Miami, FL 33172-2225


John A. Boender
P.O Box 267
Hagerstown, MD 21740

John Dawson
3775 Modoc Road
Apt. 226
Santa Barbara, CA 93105


John Ponek
6137 E Moniaco Rd
Long Beach, CA 90808


Joseph McManus
500 Crow Rd
Merlin, OR 97532


JT Shipping Corporation
12631 E. Imperial Hwy, Suite F-102
Santa Fe Springs, CA 90670


Ken Thompson
20602 Egret Lane
Huntington Beach, CA 92646


Kevin T. Hamilton
5700 Bingham Rd.
Milton, FL 32583


Kimmel Family Trust
17 Keystone Dr.
Ladera Ranch, CA 92694


Kiser Capital LLC
4416-H Monroe Rd
Charlotte, NC 28205

Knight Vending, Inc.
1927 Harbor Blvd. #252
Costa Mesa, CA 92627


Koichi Yanagizawa and Tsunemi
Tak
4271 Chaumont Rd
Woodland Hills, CA 91364


Kyocera
14101 Alton Parkway
Irvine, CA 92618


LA Fitness
3161 Michelson Drive
Suite 600
Irvine, CA 92612


La Sierra University
ATTN: Luis Tablada
1305 Corona Pointe Court
Corona, CA 92879


Liberty Mutual  100603620
P.O. Box 85834
San Diego, CA 92186-5834


Liberty Mutual 700900750
PO Box 85834
San Diego, CA 92186-5834


Lift Tek
11237 58th Street
Mira Loma, CA 91752

Litemax Technology, Inc.
48531 Warm Springs Blvd, #414
Fremont, CA 94539


Lock America, Inc
9168 Stellar Court
Corona, CA 92883


Logmein.com
320 Summer Street
Boston, MA 02210


Madison Apartments
2235 West Broadway
Anaheim, CA 92804


Magtek
Accounts Receivable
1710 Apollo Court
Seal Beach, CA 90740


MAINFREIGHT INC.
1400 Glenn Curtiss ST
Carson, CA 90746


Malik Miah
116 Sherwood Way S.
South San Francisco, CA 94080-5833


MaloneBailey, LLP
10350 Richmond Ave, Suite 800
Houston, TX 77042

Marcia Lee Jebousek Living Trust
10601 Howell Praire Rd. NE
Salem, OR 97305


Mariah Electronics
2969 Pacific Commerce Dr.
Compton, CA 90221


Marlin Business Bank
PO BOX 13604
Philadelphia, PA 19101-3604


Masuen Family Revocable Trust
1460 Romance Rd
Escondido, CA 92029


Max E. Perry
301 East Horton Road
Bellingham, WA 98226


McFadden Dale Industries
129 N. Maple
Corona, CA 92880-1735


McManus Family Trust
500 Crown Road
Merlin, OR 97532


McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

MEI
P.O. Box 92053
Chicago, IL 60675-2053


Mel & Carolyn Phillips
23035 Wrencrest Drive
Calabasas, CA 91302


Mergent, Inc.
P.O. Box 403123
Atlanta, GA 30384-3123


Mingo
BLK 25 2/F Cyber Domaine
360 Tong Hang Fanling


Mission Linen & Uniform
5400 Alton Street
Chino, CA 91710


Montes Moving Equipment
5317 Eric Lane
Riverside, CA 92509


Motivation and Morale Committee
In care of Marquise Woods
1801 California Ave
Corona, CA 92881


Napa Auto Parts
1323 West Florida Ave
Hemet, CA 92543

Navitas Lease Corp
111 Executive Center Drive
Suite 102
Columbia, SC 29210


Navitas Lease Corp.
P.O. BOX 935204
Atlanta, GA 31193


Navitas Lease Corp.
Attn: Tim McConnell
111 Executive Center Drive
Suite 102
Columbia, SC 29210


Nayax
190 Lake Front Drive
Cockeysville, MD 21030


Neighborhood Gift Card Group
950 Aviation Blvd, Ste. F
Hermosa Beach, CA 90254


NeoClarus Inc.
2455 Augustine Drive Suite 120
Santa Clara, CA 95054


New Century Insurance
16 North Second St.
Alhambra, CA 91801


OC Route
County of Orange Auditor & Controll
PO Box 567
Santa Ana, CA 92701

OK Travel
301 W VALLEY BLVD STE 206
San Gabriel, CA 91776


One Blue Mountain, Inc
P.O. Box 832 291 South 200
Farmington, UT 84025


One LLP
4000 MacArthur Blvd. East Tower
Suite 500
Newport Beach, CA 92660


Orange County Crating
2179 North Batavia St.
Orange, CA 92865


Orkin
P.O. Box 7161
Pasadena, CA 91109


Ostar Display Electronics
Shenzhen China


OTC Markets
304 Hudson. St 2nd Floor
New York, NY 10013-1015


Outsource Group
PO Box 25187
Santa Ana, CA 92799

Pacificare Dental United Healthcare
Dept. CH1 10151
Palatine, IL 60055-0151


Panorama Antennas Inc
P.O. Box 2160
Mansfield, TX 76063-2160


Paul R. Rosenbaum
3580 Wilshire Blvd.
Suite 1260
Los Angeles, CA 90010


Paul Ramsdell
3 Pitcairn Way
Ipswich, MA 01938


Pep Boys
Remittance Department
 P.O. Box 8500-50445
Philadelphia, PA 19178-0445


Pepsi
PO Box 75948
Chicago, IL 60675-5948


Pete's Road Service, Inc.
2230 E. Orangethorpe Ave
Fullerton, CA 92831


Phillip Koehnke, APC
P.O. Box 235472
Encinitas, CA 92024

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes 1148
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


PR Newswire Association, LLC
G.P.O Box 5897
New York, NY 10087-5897


Preferred Wireless
1619 Via Modena Way
Corona, CA 92881


Prim Westgate
c/o Davis Partners, LLC
Box 223325
Pittsburgh, PA 15251-2325


PRIM Westgate, LLC
c/o David Partners, LLC
Box 223325
Pittsburgh, PA 15251-2325


Procam Controls, Inc.
2605 Technology Drive Bldg 300
Plano, TX 75074


Quickcrete
731 Parkridge Ave
Norco, CA 92860

RAH Marketing
27758 Santa Margarita Parkway
Suite 255
Mission Viejo, CA 92691


Rapid SLL.com
350 Ellis Street
Mountain View, CA 94043


RBSM LLP
805 Third Ave Suite 1430
New York, NY 10022


Reginald Thornton
2481 Lancashire Dr. Apt. 1A
Ann Arbor, MI 48105


Rick Morad
6825 La Jolla Blvd.
La Jolla, CA 92037


Riverside Harley Davidson
7688 Indiana Ave
Riverside, CA 92504


Robert F. Smith
4005 Gypsum Hill Rd.
Haymarket, VA 20169


Robert Fruin
2165 La Fayette Court
Redding, CA 96003

Robert Hilt
109 Winsdor Way
Vallejo, CA 94591


Rogelio Soriano
11024 Balboa Blvd #117
Granada Hills, CA 91344


Ruben Delgado
10375 Avenal St.
Hesperia, CA 92344


Sandals Church
150 Palmyrita Ave
Riverside, CA 92504


Santa Ana Parks & Rec
PO Box 1988, M-23
Santa Ana, CA 92702


Saturn Freight Systems
PO Box 680308
Marietta, GA 30068-0006


Shannon Illingworth
341 Bonnie Circle
Suite 102
Corona, CA 92880


Sheldon Schiffman
465 Draper Valley Rd.
Selma, OR 97538

Shirley Hadley
4615 So. Galapago
Englewood, CO 80110


Shred-IT
4111 Flat Rock Drive
Riverside, CA 92505


Snack Attack Vending LLC
76 Miller Drive
Manheim, PA 17545


So Cal Edison 2248576050
P.O. Box 600
Rosemead, CA 91771-0001


So Cal Edison 2325638435
PO Box 600
Rosemead, CA 91771-0001


Southco Inc
PO Box 821316
Philadelphia, PA 19182-1316


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


Specialty Leasing Service LLC
2084 Quarry Rd
O Fallon, IL 62269

Sprint 507131524
PO Box 4181
Carol Stream, IL 60197-4181


Sprint-477724377
PO Box 54977
Los Angeles, CA 90054-0977


Staples Advantage
Dept LA PO Box 83689
Chicago, IL 60696-3689


Staples Credit Plan
Dept. 51- 7871778188 PO Box 689020
Des Moines, IA 50368-9020


Story Corp Consulting
#107, Box 478
Santa Monica, CA 90405


StoryCorp Consulting
6565 Sunset Blvd., Suite 412
Los Angeles, CA 90028


Straub Distributing Company
4633 E. La Palma Ave
Anaheim, CA 92807


Subaru Motors Finance
P.O. Box 901037
Fort Worth, TX 76101-2037

Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ 85072-2581


Sunwest Trust Custodian Paul Carter
PO Box 36371
Attn: IRA Department
Albuquerque, NM 87176


Sunwest Trust Dennis Lorch
PO Box 36371
IRA Dept.
Albuquerque, NM 87116


Superior Court of California
County of Orange
PO Box 7460
Newport Beach, CA 92658-7460


Superior Court of California☐☐
County of Orange PO Box 7460
Newport Beach, CA 92658-7460


The Fick Family Trust-V
7131 Stonewood Dr.
Huntington Beach, CA 92647


The Fruin 2001 Charitable
Rem Unitrust
2165 Lafayette Ct.
Redding, CA 96003


The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Paper Company
2815 Warner Ave
Irvine, CA 92606


Thomas Carter
1112 Andrews RD
Lake Oswego, OR 97034


Thomas Kowalski
33 Governor Prence Rd.
Brewster, MA 02631


Tim Schoen
1927 Valleta Drive Rancho
Rancho Palos Verdes, CA 90275


TNT USA Inc
Dept 781145 Detroit
Detroit, MI 48278-1145


Todd Olivas & Assoc, Inc
41690 Enterprise Circle North
Suite 200CC
Temecula, CA 92590


Tom's Truck Center
PO Box 88
Santa Ana, CA 92702


Toyota
1700 West 6th Street
Corona, CA 92880

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855


Triad Magnetics
460 Harley Knox Blvd
Perris, CA 92571


TRK Trust
33 Governor Prence Rd
Brewster, MA 02631


Tu Me Beverage
3607 West Magnolia Blvd, Ste D
Burbank, CA 91505


TWHG
9001 S. 101st E Ave.□□
Suite 350
Tulsa, OK 74133


UL LLC
75 Remittance Drive, Suite #1524
Chicago, IL 60675-1524


Uline
Attn: Accounts Receivable
 P.O. Box 88741
Chicago, IL 60680-1740


UnitedHealthcare Insurance Company
PO Box 843118
Los Angeles, CA 90084-3118

USA Technologies
100 Deerfield Lane
Suite 140
Malvern, PA 19355


USPS-Corona Recreational Fund
Attn: Sara
414 W. Grand Ave
Corona, CA 92878


Venable LLP
P.O. Box 62727
Baltimore, MD 21264-2727


Vend Catering Supply
14455 Industry Circle
La Mirada, CA 90638-5812


Vend Lease Company, Inc.
8100 Sandpiper Circle Suite 300
Nottingham, MD 21236


Vending Software Design
1125 58th Street
Mira Loma, CA 91752


Verizon 00001
PO Box 660108
Dallas, TX 75266-0108


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Wells Fargo
Payment Remittance Center
PO Box 6415
Hoffman Estates, IL 60179-6415


Westwood College
1551 S. Douglas Road
Anaheim, CA 92806


William Coburn
741 Emerald Bay Drive
Fairfield, CA 94534


Worth, Inc.
2320 Whiteoak Lane
Corona, CA 92882


Wright & Wright, CPA's
1111 Fort Stockton Dr, Ste I
San Diego, CA 92103-1700


Yellow Pages
PO Box 53282
Atlanta, GA 30355


YRC Freight
PO Box 100129
Pasadena, CA 91189-0003


Yubert Fang
16111 Olivemill Rd.
La Mirada, CA 90638

Zendesk
1019 Market St,
San Francisco, CA 94103


Zivetz, Schwartz & Saltsman, CPA's
11900 West Olympic Blvd, Ste 650
Los Angeles, CA 90064-1046

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# RIVERSDIE DIVISION

| In re AVT, INC., | Case No. |
|---|---|
| Debtor | Chapter 11 |

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned <u>WAYNE SILVINO</u>, the PRESIDENT ("PRESIDENT") of AVT, INC. ("AVT, INC.").  On April 3, 2015, the following resolution was fully adopted by the AVT, INC.

"WHEREAS, it is in the best interests of AVT, INC. to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that <u>WAYNE SILVINO</u>, the <u>PRESIDENT</u> of AVT, INC. be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the limited liability company; and

"BE IT FURTHER RESOLVED, that <u>WAYNE SILVINO</u>, <u>PRESIDENT</u> be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of <u>AVT, INC.</u> in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that <u>WAYNE SILVINO</u>, <u>PRESIDENT</u> be and hereby is, authorized and directed to employ Marc C. Forsythe, Attorney and the law firm of Goe & Forsythe, LLP, to represent <u>AVT, INC.</u> in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, <u>WAYNE SILVINO</u>, <u>PRESIDENT</u> of AVT, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief.

Dated: April 3, 2015          <u>/s/Wayne Silvino                    </u>
                                    By: <u>WAYNE SILVINO</u>
                                    Its: <u>PRESIDENT</u>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe - State Bar No. 153854<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br>mforsythe@goeforlaw.com<br>Telephone:  (949) 798-2460<br>Facsimile:  (949) 955-9437 | |

☒ *Attorney for:* Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>AVT, Inc.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Wayne Silvino _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


Date:  04/29/2015                          By:  /s/Wayne Silvino
       _____                         _____
                                                Signature of Debtor, or attorney for Debtor


                                           Name:  Wayne Silvino
                                                  _____
                                                  Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:     **April 29, 2015**

**/s/ Wayne Silvino**
**Wayne Silvino**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)                          1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **AVT, Inc.** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 25,000.00 |
| Prior to the filing of this statement I have received | $ 25,000.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Debtor paid $20,000.00**
**Shannon Illingworth paid $5,000.00**

3. The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 3, 2015** | **/s/ Marc C. Forsythe** |
| *Date* | **Marc C. Forsythe 153854** |
| | *Signature of Attorney* |
| | **GOE & FORSYTHE, LLP** |
| | *Name of Law Firm* |
| | **18101 Von Karman Avenue** |
| | **Suite 510** |
| | **Irvine, CA 92612-7127** |
| | **(949) 798-2460  Fax: (949) 955-9437** |