Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Email:  mforsythe@goeforlaw.com
        dreid@goeforlaw.com
        cmiller@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for AVT, Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>AVT, INC., a Nevada corporation,<br><br><br>       Debtor and Debtor in Possession. | Case No.  6:15-bk-14464 MW<br><br>Chapter 11 Case<br><br>**AMENDED NOTICE OF HEARING AND DECLARATION OF KERRY A. MURPHYAS TO TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME RE:DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING:**<br>1.  **USE OF ALLEGED CASH COLLATERAL OF EAST WEST BANK;**<br>2.  **PAYMENT OF PRE-PETITION EMPLOYEE BENEFITS;**<br>3.  **ESTABLISHMENT OF ADEQUATE ASSURANCE PAYMENTS WITH RESPECT TO UTILITIES;**<br>4.  **MAINTAINING OF PRE-PEITION BANK ACCOUTNTS FOR 14 DAYS;**<br>5.  **MAINTAINING OF PRE-PETITION MERCHANT ACCOUNTS FOR 60 DAYS;**<br>6.  **PAYMENT OF CERTAIN PRE-PETITION CRITICAL VENDOR PAYMENTS;**<br>7.  **LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE PURSUANT TO FRBP 2002 AND 9007; AND**<br>8.  **EXTENDING THE TIME IN WHICH TO FILE SCHEDULES, STATEMENTS AND LISTS PURSUANT TO FRBP 1007(c).**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES;** |

1

| | **Hearing:** |
|---|---|
| | Date: 5/12/2015 |
| | Time: 2:00 p.m. |
| | Courtroom: |

**AMENDED NOTICE OF HEARING AND DECLARATION OF KERRY A. MURPHY AS TO TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME RE: DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING: 1. USE OF ALLEGED CASH COLLATERAL OF CALIFORNIA BANK & TRUST ON AN INTERIM AND FINAL BASIS; 2 PAYMENT OF PRE-PETITION PAYROLL; 3. ESTABLISHMENT OF ADEQUATE ASSURANCE PAYMENTS WITH RESPECT TO UTILITIES; 4. MAINTAINING OF PRE-PETITION BANK ACCOUNTS FOR 30 DAYS; 5. MAINTAINING OF PRE-PETITION MERCHANT ACCOUNTS FOR 30 DAYS; AND 6. EXTENDING THE TIME IN WHICH TO FILE SCHEDULES, STATEMENTS AND LISTS PURSUANT TO FRBP 1007(c)**

**TO:    ALL CREDITORS AND PARTIES IN INTEREST:**

       **PLEASE TAKE NOTICE** that on <u>**May 12, 2015**</u> at <u>**2:00 p.m.**</u>, a hearing will be held before the Honorable Mark S. Wallace, in Video Courtroom 225 of the above-entitled court located at 3420 Twelfth Street, Riverside, CA 92501, or Courtroom 6C of United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, to consider the Debtor's Emergency Motion For Order Approving: 1. Use Of Alleged Cash Collateral of East West Bank On An Interim And Final Basis; 2 Payment Of Pre-Petition Employee Benefits; 3. Establishment Of Adequate Assurance Payments With Respect To Utilities; 4. Maintaining Of Pre-Petition Bank Accounts For 14 Days; 5. Maintaining Of Pre-Petition Merchant Accounts for 60 Days; 6. Payment of Certain Pre-Petition Critical Vendor Payments; 7. Limiting Notice of Certain Matters Requiring Notice Pursuant to FRBP 2002 and 9007; 8. Extending the Time In Which To File Schedules, Statements And Lists Pursuant To FRBP 1007(c) ("Motion") [Docket No.5].

**IF YOU DO NOT OPPOSE THE MOTION, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OPPOSE THE RELIEF REQUESTED BY THE MOTION, AN OPPOSITION TO THE MOTION MUST BE FILED WITH THE COURT BY 5:00 P.M. ON FRIDAY, MAY 8, 2015. ANY FAILURE TO TIMELY OPPOSE THE MOTION MAY RESULT IN ANY SUCH OPPOSITION BEING WAIVED.**

**This notice is being amended to include service on the Utility companies only.**

DATED:  May 6, 2015                    **GOE & FORSYTHE, LLP**


                                       By: /s/Marc C. Forsythe
                                           Marc C. Forsythe
                                           Proposed Attorneys for AVT, Inc.

### **DECLARATION OF KERRY A. MURPHY**

I, Kerry A. Murphy, declare and state:

1.     I am a legal assistant with the law firm of Goe & Forsythe, LLP (the "Firm"), proposed attorneys for AVT, INC., a Nevada corporation ("Debtor").  I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.  I submit this declaration in support of the Debtor' Emergency Motion For Order Approving: 1. Use Of Alleged Cash Collateral Of East West Bank; 2. Payment Of Pre-Petition Employee Benefits; 3. Establishment Of Adequate Assurance Payments With Respect To Utilities; 4. Maintaining Pre-Petition Bank Accounts For 14 Days; 5. Maintaining Of Pre-Petition Merchant Accounts For 60 Days; 6. Payment Of Certain Pre-Petition Critical Vendor Claims; 7. Limiting Notice Of Certain Matters Requiring Notice Pursuant To FRBP 2002 and 9007; and 8. Extending The Time In Which To File Schedules, Statements And Lists Pursuant To FRBP 1007(c)  ("Motion") [Docket No. 5].   The Motion and all supporting pleadings were served on all interested parties on May 6, 2015.

2.     On May 6, 2015, at 9:19 a.m., I telephoned Everett L. Green of the Office of the United States Trustee, at (951) 276-6063 and spoke with Mr. Green informing him that Debtor was going into Court *ex-parte* on May 12, 2015 at 2:00 p.m. in Video Courtroom 225 of the United States Bankruptcy Court - Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501 on the Motion.  I further informed Mr. Green that any opposition is due by 5:00 p.m. on Friday, May 8, 2015.

3.     On May 6, 2015, at 9:22 a.m., I telephoned Paul L. Branks, SVP and Regional Manager of East West Bank, secured creditor at (213) 688-8614 and spoke to Mr. informing him that Debtor was going into Court *ex-parte* on May 12, 2015 at 2:00 p.m. in Video Courtroom 225of the United States Bankruptcy Court - Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501 on the Motion.    I further informed Mr. Branks that any opposition is due by 5:00 p.m. on Friday, May 8, 2015.

1       4.      Attached hereto as **Exhibit "1"** is a true and correct copy of the correspondence

2    sent to Messrs. Green and Branks informing them of the *ex-parte* hearing on the Motion.

3       5.      I declare under penalty of perjury under the laws of the United States of America

4    that the foregoing is true and correct.

Dated:  May 6, 2015          By: _____

                                 Kerry A. Murphy

4

# EXHIBIT 1

# EXHIBIT 1

## Kerry Murphy

| | |
|---|---|
| **From:** | Kerry Murphy |
| **Sent:** | Wednesday, May 06, 2015 10:08 AM |
| **To:** | Paul Branks (Paul.Branks@eastwestbank.com); Everett Green (everett.l.green@usdoj.gov) |
| **Cc:** | Marc Forsythe; Charity J. Miller (cmiller@goeforlaw.com); Robert P. Goe (rgoe@goeforlaw.com) |
| **Subject:** | AVT, Inc. - Notice of Ex-Parte Hearing |
| **Attachments:** | 05-06-15 Ltr to Green & Branks re Ex-Parte Telephonic Notice.pdf |

Messrs. Green and Branks:

Please see the attached correspondence regarding AVT, Inc.'s *ex-parte* motion set for hearing on May 12th at 2:00 p.m.  The Motion will be filed today before noon.  Any Opposition to the motion is due no later than 5:00 p.m. Friday, May 8th.


- - -
Kerry A. Murphy, Legal Assistant
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612
Phone (949) 798-2460
Fax   (949) 955-9437
kmurphy@goeforlaw.com

## GOE & FORSYTHE, LLP

Marc C. Forsythe
California State Bar No.153854

18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
(949) 798-2460

Direct Dial (949) 798-2467
Facsimile (949) 955-9437
mforsythe@goeforlaw.com

May 6, 2015

**Via Email: everett.l.green@usdoj.gov**
Everett Green, Esq.
Office Of The United States Trustee
3801 University Avenue, Suite 720
Riverside, CA 92501

**Via Email:**
**Paul.Branks@eastwestbank.com**
Paul L. Branks, SVP & Regional Manager
East West Bank
624 South Grand Avenue
Suite 100
Los Angeles, CA 90017

Re:    AVT, Inc.
       **U.S.B.C. Case No. 6:15-bk-14464-MW**

Dear Messrs. Green and Branks:

This correspondence memorializes my telephonic notice to each of you of the above-referenced Debtor' Emergency Motion For Order Approving: 1. Use Of Alleged Cash Collateral Of East West Bank; 2. Payment Of Pre-Petition Employee Benefits; 3. Establishment Of Adequate Assurance Payments With Respect To Utilities; 4. Maintaining Pre-Petition Bank Accounts For 14 Days; 5. Maintaining Of Pre-Petition Merchant Accounts For 60 Days; 6. Payment Of Certain Pre-Petition Critical Vendor Claims; 7. Limiting Notice Of Certain Matters Requiring Notice Pursuant To FRBP 2002 and 9007; and 8. Extending The Time In Which To File Schedules, Statements And Lists Pursuant To FRBP 1007(c)  ("Motion").

The Motion will be heard on May 12, 2015 at 2:00 p.m. in Video Courtroom 225 of the United States Bankruptcy Court - Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501 on the Motion.  I further informed each of you that any opposition to the Motion is due by 5:00 p.m. on Friday, May 8, 2015.

Very truly yours,

GOE & FORSYTHE, LLP

By: _____
Kerry A. Murphy
Legal Assistant to Marc C. Forsythe

/kam

Exhibit 1                                                    Page 7

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND DECLARATION OF KERRY A. MURPHY AS TO TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME RE: DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING: 1. USE OF ALLEGED CASH COLLATERAL OF CALIFORNIA BANK & TRUST ON AN INTERIM AND FINAL BASIS; 2 PAYMENT OF PRE-PETITION PAYROLL; 3. ESTABLISHMENT OF ADEQUATE ASSURANCE PAYMENTS WITH RESPECT TO UTILITIES; 4. MAINTAINING OF PRE-PETITION BANK ACCOUNTS FOR 30 DAYS; 5. MAINTAINING OF PRE-PETITION MERCHANT ACCOUNTS FOR 30 DAYS; AND 6. EXTENDING THE TIME IN WHICH TO FILE SCHEDULES, STATEMENTS AND LISTS PURSUANT TO FRBP 1007(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 6, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Everett L Green    everett.l.green@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) May 6, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 6, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- Paul L. Branks    Paul.Branks@eastwestbank.com

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2015 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5

**SERVED BY OVERNIGHT MAIL**:

| **Debtor** | **United States Trustee** | **Secured Creditor** |
|---|---|---|
| 341 Bonnie Circle | Everett Green, Esq. | Paul L. Branks, SVP & Regional |
| Suite 102 | United States Trustee | Manager |
| Corona, CA 92880 | 3801 University Ave, Ste 720 | East West Bank |
| | Riverside, CA 92501 | 624 South Grand Avenue |
| | | Suite 100 |
| | | Los Angeles, CA 90017 |

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| Ally 25681 Payment Processing Center | Arthur Rice | Avnet Embedded |
| PO Box 9001948 | 301 Tall Ship Lane | PO BOX 100340 |
| Louisville, KY 40290-1948 | Hampstead, NC 28443 | Pasadena, CA 91189 |
| | | |
| Beatrice Hart | Cheryl And Max Perry | David Stillwell |
| 524 Spring Branch Lane | 301 E. Horton Rd. | 16 Birkshire Dr. |
| Knoxville, TN 37934 | Bellingham, WA 98226 | Clifton Park, NY 12065 |
| | | |
| Fernando Negro | Fick Family | Firerock Global Capital |
| 1350 E. Flamingo Rd #818 | 7131 Stonewood Drive | 1040 1st Avenue Suite 190 |
| Las Vegas, NV 89119 | Huntington Beach, CA 92647 | New York, NY |
| | | |
| Franz Elizondo Schmelkes | Frescos Mexican Grill | Gene Benge |
| 1822 Pacific Beach Dr. | Attn: Francisco Izawa | 6955 No. Hwy 27 |
| San Diego, CA 92109 | 24872 Vista Magnifica | Science Hill, KY 42553 |
| | Laguna Niguel, CA 92677 | |
| | | |
| Jake Hunsaker | Joan Mazon | JOFEMAR USA, INC. |
| 1391 Sawyer Ave | 26815 W. Cold Springs St. | 2200 NW 102nd Ave. Ste 3 |
| Simi Valley, CA 93065 | Agoura Hills, CA 91301 | Miami, FL 33172-2225 |
| | | |
| Max E. Perry | McManus Family Trust | Navitas Lease Corp |
| 301 East Horton Road | 500 Crown Road | 111 Executive Center Drive |
| Bellingham, WA 98226 | Merlin, OR 97532 | Suite 102 |
| | | Columbia, SC 29210 |
| | | |
| Paul Ramsdell | Sheldon Schiffman | Worth |
| 3 Pitcairn Way | 465 Draper Valley Rd. | 2320 Whiteoak Lane |
| Ipswich, MA 01938 | Selma, OR 97538 | Corona, CA 92882 |

**Utility Companies**

| | | |
|---|---|---|
| Waste Management | So Cal Edison | So Cal Edison |
| PO Box 541065 | PO Box 300 | PO Box 600 |
| Los Angeles, CA 90054 | Rosemead, CA 91772-0001 | Rosemead, CA 91771-0001 |
| | | |
| AT & T | AT & T | AT & T |
| PO Box 5019 | PO Box 5025 | PO Box 6463 |
| Carol Stream, IL 60197-5019 | Carol Stream, IL 60197-5025 | Carol Stream, IL 60197-6463 |
| | | |
| Sprint | Sprint | Verizon 00001 |
| PO Box 4181 | PO Box 54977 | PO Box 660108 |
| Carol Stream, IL 60197-4181 | Los Angeles, CA 90054-0977 | Dallas, TX 75266-0108 |