Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Email: mforsythe@goeforlaw.com
       dreid@goeforlaw.com
       cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for AVT, Inc.

FILED & ENTERED

JUN 25 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig        DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

AVT, INC., a Nevada corporation,

         Debtor and Debtor in Possession.

Case No.  6:15-bk-14464 MW

Chapter 11 Case

**ORDER GRANTING MOTION FOR AN ORDER APPROVING POST-PETITION FINANCING ON AN ADMINISTRATIVE CLAIM BASIS PURSUANT TO 11 U.S.C. 364(b)**

**Hearing:**
Date:         June 23, 2015
Time:         2:00 p.m.
Courtroom: Video Courtroom 225
                  3420 Twelfth Street
                  Riverside, CA 92501

The matter of AVT, Inc., a Nevada Corporation's ("AVT"), debtor and debtor in possession herein ("Debtor") Motion For An Order Approving Post-Petition Financing On An Administrative Claim Basis Pursuant To 11 U.S.C. 364(b) ("Motion") [Docket No. 68], came on for hearing before the Honorable Mark. S. Wallace, United States Bankruptcy Judge, on June 23, 2015, at 2:00 p.m.

1

Marc C. Forsythe appeared on behalf of the Debtor, Eve H. Karasik appeared on behalf of the Official Committee of Unsecured Creditors, Nathan Smith appeared on behalf of East West Bank, and Everett L. Green appeared on behalf of Peter C. Anderson, United States Trustee for Region 16, all other appearances are reflected in the record, and good cause appearing and having proper notice with respect to the relief granted herein, the Court orders as follows:

**IT IS ORDERED:**

1. The Motion is granted pursuant to the terms set forth therein;
2. The Official Committee of Unsecured Creditors reserves it rights to object to further post-petition financing requests.

###

Date: June 25, 2015

Mark S. Wallace
United States Bankruptcy Judge