FILED & ENTERED

AUG 03 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tapia        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>AVT, Inc.<br><br><br><br><br><br><br>Debtor(s). | Case No.: 6:15-bk-14464-MW<br><br>CHAPTER 11<br><br>**ORDER CLARIFYING THE COURT'S JUNE 29, 2015 ORDER CONTINUING THE USE OF ALLEGED CASH COLLATERAL OF EAST WEST BANK**<br><br>Date:        NO HEARING HELD<br>Time:<br>Courtroom: |

This matter comes before the Court on AVT, Inc.'s ("Debtor") ex parte application for an order clarifying the Court's June 29, 2015, order ("the Ex Parte Application") (Docket # 133). The Court notes the Official Committee of Unsecured Creditor's joinder of the Ex Parte Application. Having considered the Ex Parte Application, the Court now rules as follows:

East West Bank shall refund to Debtor the two payments of $30,457.71 made on June 10, 2015. East West Bank may retain the $30,457.73 payment made on May 2, 2015. The Court will not award attorney's fees because Debtor has failed to make a sufficient showing that East West Bank intentionally violated a Court order or violated the terms of the promissory note.

1   IT IS SO ORDRED.

2

3                                          ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      Date: August 3, 2015
                                          Mark S. Wallace
28                                        United States Bankruptcy Judge