1 | Marc C. Forsythe - State Bar No. 15385
Donald W. Reid – State Bar No. 281743
2 | Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
3 | 18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
4 | Email: mforsythe@goeforlaw.com
          dreid@goeforlaw.com
5 |       cmiller@goeforlaw.com
Telephone:  (949) 798-2460
6 | Facsimile:   (949) 955-9437

7 | Attorneys for AVT, Inc.

**FILED & ENTERED**

**AUG 25 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hallock    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

AVT, INC., a Nevada corporation,

    Debtor and Debtor-in-Possession.

Case No.  6:15-bk-14464 MW

Chapter 11 Case

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIODS FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121**

[NO HEARING REQUIRED UNLESS REQUESTED]

23 | //
24 | //
25 | //
26 | //
27 | //
28 |

1

Based upon Debtor's Motion for Order Extending Debtor's Exclusivity Periods for Filing a Plan of Reorganization and Obtaining Acceptance of a Plan of Reorganization Pursuant to 11 U.S.C. § 1121 (the "Motion") [Docket No. 145], and the Stipulation entered into between Debtor and the Official Committee of Unsecured Creditors ("Stipulation") [Docket No. 162] and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.
2. The Debtor shall have the exclusive right to file a plan until November 27, 2015.
3. The Debtor shall have the exclusive right to obtain acceptance of a plan until January 26, 2016.
4. Notwithstanding the terms of the Stipulation, the Debtor reserves the right to seek further extensions from the Court of the Exclusivity Periods.
5. Notwithstanding the terms of the Stipulation, the Committee reserves the right to file a motion to terminate the Exclusivity Periods at any time.

###

Date: August 25, 2015

Mark S. Wallace
United States Bankruptcy Judge